**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6843**

_____

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

JOHNNY GRAYSON,

                    Defendant – Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Senior District Judge.  (5:08-cr-00046-FPS-1)

_____

Submitted:  September 29, 2009        Decided:  October 7, 2009

_____

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Johnny Grayson, Appellant Pro Se.  Randolph John Bernard, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Grayson appeals the district court's order denying his motion requesting to serve his term of imprisonment in home confinement based on his medical condition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Grayson</u>, No. 5:08-cr-00046-FPS-1 (N.D.W. Va. Apr. 24, 2009). We further deny Grayson's motions for transcripts at government expense, for appointment of counsel, for appointment of Douglas VanVleet as his jailhouse lawyer, to allow VanVleet to enter an appearance, and for a ninety-day extension of time to file his brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>